UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ADRIAN BERGSTROM,<br><br>  Defendant. | Case No.  CR18-217RSM<br><br>ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THE COURT having considered the motion of the defendant, the response of the government, and the records and files herein, hereby makes the following findings:

1. Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), the Court finds that due to the conduct of the defendant, Adrian Bergstrom, and in the interest of justice,

IT IS ORDERED that the 36 month term of supervised release previously imposed by this Court is terminated and defendant is hereby discharged.

DATED this 27th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1